UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PASHMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>AETNA INSURANCE COMPANY OF CONNECTICUT, a Connecticut company, MEDICITY, INC., and Does 1 through 10,<br><br>    Defendants. | CASE NO. CV-13-02835 DMR<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST RE CONTINUANCE OF MEDIATION DEADLINE TO MAY 9, 2014<br><br>*Hon. Donna M. Ryu* |

[PROPOSED] **ORDER**

**PURSUANT TO PARTIES' JOINT STIPULATION AND REQUEST, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

- The Parties' April 4, 2014 joint request for a continuance of the current mediation deadline (currently set for the week of April 21, 2014) to May 9, 2014 is hereby granted given that all the Parties are available on that date, the extension is necessary to accommodate the depositions of two key witnesses who are no longer employed by the Defendants, and the assigned ADR mediator (Ms. JoAnne Dellaverson) is also available on May 9, 2014 and has no objection.

**IT IS SO ORDERED.**

Dated: _April 10_____, 2014

GRANTED
Judge Donna M. Ryu

_____
Honorable Donna M. Ryu
United States Magistrate Judge