United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW PASHMAN,                          No. C-13-02835 DMR

        Plaintiff(s),                          **JUDGMENT**

    v.

AETNA INSURANCE CO,

        Defendant(s).
_____/

      This matter having been fully considered, and the issues having been fully decided, and the court having granted Defendants' motion for summary judgment, *see* Docket Nos. 27, 36,

      It is Ordered and Adjudged that Plaintiff take nothing, and that the action be dismissed.

      IT IS SO ORDERED.

Dated: July 18, 2014

_____
DONNA M. RYU
United States Magistrate Judge