AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| ANDREW PASHMAN | ) | |
| | ) | |
| v. | ) | Case No.: CV 13-02835 DMR |
| AETNA INSURANCE COMPANY OF CONNECTICUT, MEDICITY INC. | ) | |
| | ) | |

## AMENDED  BILL OF COSTS

Judgment having been entered in the above entitled action on ___07/18/2014___ against ___ANDREW PASHMAN___ ,
                                                                                    Date
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 8,687.55 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 3,827.70 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | _____ |
| | TOTAL    $ | 12,515.25 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✔]    Electronic service                [ ]    First class mail, postage prepaid

[ ]    Other: _____

s/ Attorney:    ___/s/ Margaret A. Keane_____

Name of Attorney:  __Margaret A. Keane_____

For:    __Defendants Aetna Insurance Company of Connecticut and Medicity, Inc.__    Date: ___08/01/2014___
                              *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
          *Clerk of Court*                              *Deputy Clerk*                        *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

EXHIBIT A

# EXHIBIT A

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case:

| Date | Vendor | Invoice No. | Deponent/ Description | Amount |
|------|--------|-------------|----------------------|--------|
| 4/29/2014 | HG Deposition and Litigation Services | 516326 | Dover, Brent | $483.45 |
| 5/01/2014 | HG Deposition and Litigation Services | 516343 | Fullmer, Andrew | $264.00 |
| 5/16/2014 | HG Deposition and Litigation Services | 521719; 522283 | Getz, Peter | $63.15 $307.50 |
| 5/05/2014 | HG Deposition and Litigation Services | 517620 | Hayward, Patricia | $568.45 |
| 4/30/2014 | HG Deposition and Litigation Services | 516340 | Miller, Greg | $553.80 |
| 6/19/2014 | HG Deposition and Litigation Services | 523477 | Miller, Greg / Day 2 | $473.45 |
| 5/23/2014 | HG Deposition and Litigation Services | 520409 | Morton, Deborah | $333.70 |
| 4/23/2014 | TSG Reporting, Inc. | 042314-420857 | Pashman, Andrew | $1,608.90 |
| 4/23/2014 | TSG Reporting, Inc. | 042314-420858 | Pashman, Andrew - Video | $1,457.50 |
| 6/20/2014 | TSG Reporting, Inc. | 062014-424141 | Pashman, Andrew (Day 2) | $644.55 |
| 6/20/2014 | TSG Reporting, Inc. | 062014-424142 | Pashman, Andrew - Video  (Day 2) | $745.00 |
| 5/15/2014 | HG Deposition and Litigation Services | 522758 | Wilke, Caroline | $136.80 |
| 7/8/2014 | TSG Reporting, Inc. | 070814-424323 | Allman, Phillip | $695.70 |
| 7/9/2014 | HG Deposition and Litigation Services | 526152 | Stuckwisch, Suzanne | $351.60 |
|  |  |  | **TOTAL** | **$8,687.55** |

# I N V O I C E



**Deposition and Litigation Services**
www.hglitigation.com   1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 516326 | 5/13/2014 | 203493 |
| **Job Date** | **Case No.** | |
| 4/29/2014 | C-13-02835 DMR | |
| **Case Name** | | |
| Andrew Pashman v Aetna Insurance Company of Connecticut, et al. | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT | | |

Margaret Keane
DLA Piper US LLP
555 Mission St.,Ste. 2400
San Francisco, CA  94105

EMAILED TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Brent Dover | 143.00 Pages | @ | 2.50 | 357.50 |
| SIXTH DAY | | | | 35.75 |
| EXPERT/TECHNICAL/VIDEO | 143.00 Pages | @ | 0.30 | 42.90 |
| PROCESSING & PRODUCTION | | | 60.00 | 60.00 |
| EXHIBITS - HARD COPY | 29.00 | @ | 0.45 | 13.05 |
| EXHIBITS - COLOR | 5.00 | @ | 2.00 | 10.00 |
| | | **TOTAL DUE >>>** | | **$519.20** |

Reference No.   69568

If you have any questions on this invoice, please email billing@hglitigation.com.

You agree to pay all undisputed invoices within 30 days.  We reserve the right to assess a 1.5% per month finance charge for invoices that remain unpaid after 30 days.  You also agree to reimburse us for all fees including collection fees, attorney's fees, costs and expenses incurred in the collection of any overdue and unpaid invoices.

Thank you for choosing HG Litigation.  We appreciate your business!!

**Tax ID:** 75-2912774                           Phone: 415 836 2500    Fax:415 836-2501

*Please detach bottom portion and return with payment.*

Margaret Keane
DLA Piper US LLP
555 Mission St.,Ste. 2400
San Francisco, CA  94105

| | | |
|---|---|---|
| Job No. | : 203493 | BU ID        : SF |
| Case No. | : C-13-02835 DMR | |
| Case Name | : Andrew Pashman v Aetna Insurance Company of Connecticut, et al. | |
| Invoice No. | : 516326 | Invoice Date   : 5/13/2014 |
| **Total Due** | **: $519.20** | |

**PAYMENT WITH CREDIT CARD**   AMEX   MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   Henjum Goucher Reporting Services LP
            2501 Oak Lawn Avenue
            **Suite #600**
            **Dallas, TX  75219**

# I N V O I C E



**hg**

Deposition and Litigation Services

www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 516343 | 5/13/2014 | 203499 |
| **Job Date** | **Case No.** | |
| 5/1/2014 | C-13-02835 DMR | |
| **Case Name** | | |
| Andrew Pashman v Aetna Insurance Company of Connecticut, et al. | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT | | |

Margaret Keane
DLA Piper US LLP
555 Mission St.,Ste. 2400
San Francisco, CA  94105

| EMAILED TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Andrew Fullmer | 66.00 | Pages | @ | 2.50 | 165.00 |
| 4 DAY EXPEDITE | | | | | 41.58 |
| EXPERT/TECHNICAL/VIDEO | 66.00 | Pages | @ | 0.30 | 19.80 |
| PROCESSING & PRODUCTION | | | | 60.00 | 60.00 |
| EXHIBITS - HARD COPY | 16.00 | | @ | 0.45 | 7.20 |
| EXHIBITS - COLOR | 6.00 | | @ | 2.00 | 12.00 |
| | | | **TOTAL DUE >>>** | | **$305.58** |

Reference No.    :  69571

If you have any questions on this invoice, please email billing@hglitigation.com.

You agree to pay all undisputed invoices within 30 days.  We reserve the right to assess a 1.5% per month finance charge for invoices that
remain unpaid after 30 days.  You also agree to reimburse us for all fees including collection fees, attorney's fees, costs and expenses
incurred in the collection of any overdue and unpaid invoices.

Thank you for choosing HG Litigation.  We appreciate your business!!

**Tax ID: 75-2912774**                                                                                         Phone: 415 836 2500    Fax:415 836-2501

*Please detach bottom portion and return with payment.*

Margaret Keane
DLA Piper US LLP
555 Mission St.,Ste. 2400
San Francisco, CA  94105

| | | | |
|---|---|---|---|
| Job No. | : 203499 | BU ID | : SF |
| Case No. | : C-13-02835 DMR | | |
| Case Name | : Andrew Pashman v Aetna Insurance Company of Connecticut, et al. | | |
| Invoice No. | : 516343 | Invoice Date | : 5/13/2014 |
| **Total Due** | : **$305.58** | | |

Remit To:    **Henjum Goucher Reporting Services LP**
              **2501 Oak Lawn Avenue**
              **Suite #600**
              **Dallas, TX  75219**

**PAYMENT WITH CREDIT CARD**          AMEX   MASTERCARD   VISA

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



**Deposition and Litigation Services**
www.hglitigation.com    1-888-856-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 521719 | 6/12/2014 | 205354 |

| Job Date | Case No. | |
|---|---|---|
| 5/16/2014 | C-13-02835 DMR | |

| Case Name | | |
|---|---|---|
| Andrew Pashman v Aetna Insurance Company of Connecticut, et al. | | |

| Payment Terms | | |
|---|---|---|
| DUE UPON RECEIPT | | |

Jeffrey Reeves
DLA Piper US LLP
555 Mission St.,Ste. 2400
San Francisco, CA  94105

EXHIBITS ONLY
   Peter Getz

| | | | |
|---|---|---|---|
| EXHIBITS | 7.00 | @ | 0.45 | 3.15 |
| PROCESSING & PRODUCTION | | 60.00 | 60.00 |

**TOTAL DUE  >>>**            **$63.15**

If you have any questions on this invoice, please email billing@hglitigation.com.

You agree to pay all undisputed invoices within 30 days.  We reserve the right to assess a 1.5% per month finance charge for invoices that remain unpaid after 30 days.  You also agree to reimburse us for all fees including collection fees, attorney's fees, costs and expenses incurred in the collection of any overdue and unpaid invoices.

Thank you for choosing HG Litigation.  We appreciate your business!!

**Tax ID: 75-2912774**                                    Phone: 415 836 2500    Fax:415 836-2501

*Please detach bottom portion and return with payment.*

Jeffrey Reeves
DLA Piper US LLP
555 Mission St.,Ste. 2400
San Francisco, CA  94105

Job No.        :  205354          BU ID          : SF
Case No.       :  C-13-02835 DMR
Case Name      :  Andrew Pashman v Aetna Insurance Company
                 of Connecticut, et al.

Invoice No.    :  521719          Invoice Date   : 6/12/2014
**Total Due     :  $63.15**

Remit To:   **Henjum Goucher Reporting Services LP**
           **2501 Oak Lawn Avenue**
           **Suite #600**
           **Dallas, TX  75219**

PAYMENT WITH CREDIT CARD          AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# INVOICE



**Deposition and Litigation Services**
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 522283 | 6/18/2014 | 205354 |
| **Job Date** | **Case No.** | |
| 5/16/2014 | C-13-02835 DMR | |
| **Case Name** | | |
| Andrew Pashman v Aetna Insurance Company of Connecticut, et al. | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT | | |

Jeffrey Reeves
DLA Piper US LLP
555 Mission St.,Ste. 2400
San Francisco, CA  94105

---

EMAILED TRANSCRIPT OF:

Peter Getz

| | | | |
|---|---|---|---|
| 123.00  Pages | @ | 2.50 | 307.50 |

**TOTAL DUE >>>**     **$307.50**

If you have any questions on this invoice, please email billing@hglitigation.com.

You agree to pay all undisputed invoices within 30 days.  We reserve the right to assess a 1.5% per month finance charge for invoices that remain unpaid after 30 days.  You also agree to reimburse us for all fees including collection fees, attorney's fees, costs and expenses incurred in the collection of any overdue and unpaid invoices.

Thank you for choosing HG Litigation.  We appreciate your business!!

Tax ID: 75-2912774                    Phone: 415 836 2500    Fax:415 836-2501

---

*Please detach bottom portion and return with payment.*

Jeffrey Reeves
DLA Piper US LLP
555 Mission St.,Ste. 2400
San Francisco, CA  94105

| | | | | |
|---|---|---|---|---|
| Job No. | : 205354 | BU ID | : SF |
| Case No. | : C-13-02835 DMR | | |
| Case Name | : Andrew Pashman v Aetna Insurance Company of Connecticut, et al. | | |
| Invoice No. | : 522283 | Invoice Date | : 6/18/2014 |
| **Total Due** | **: $307.50** | | |

Remit To:    **Henjum Goucher Reporting Services LP**
**2501 Oak Lawn Avenue**
**Suite #600**
**Dallas, TX  75219**

**PAYMENT WITH CREDIT CARD**    AMEX   ~~~~   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# INVOICE



**Deposition and Litigation Services**
www.hglitigation.com   1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 517620 | 5/21/2014 | 204689 |
| **Job Date** | **Case No.** | |
| 5/5/2014 | C-13-02835 DMR | |
| **Case Name** | | |
| Andrew Pashman v Aetna Insurance Company of Connecticut, et al. | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT | | |

Margaret Keane
DLA Piper US LLP
555 Mission St., Ste. 2400
San Francisco, CA  94105

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Patricia Hayward | 169.00 | Pages | @ | 2.50 | 422.50 |
| EXPERT/TECHNICAL/VIDEO | 169.00 | Pages | @ | 0.30 | 50.70 |
| PROCESSING & PRODUCTION | | | | 60.00 | 60.00 |
| POSTAGE | | | | 15.00 | 15.00 |
| BINDING | | | | 15.00 | 15.00 |
| TABS | 20.00 | | @ | 0.50 | 10.00 |
| EXHIBITS - HARD COPY | 45.00 | | @ | 0.45 | 20.25 |
| | | | **TOTAL DUE >>>** | | **$593.45** |

If you have any questions on this invoice, please email billing@hglitigation.com.

You agree to pay all undisputed invoices within 30 days.  We reserve the right to assess a 1.5% per month finance charge for invoices that remain unpaid after 30 days.  You also agree to reimburse us for all fees including collection fees, attorney's fees, costs and expenses incurred in the collection of any overdue and unpaid invoices.

Thank you for choosing HG Litigation.  We appreciate your business!!

**Tax ID:** 75-2912774

Phone: 415 836 2500   Fax: 415 836-2501

*Please detach bottom portion and return with payment.*

Margaret Keane
DLA Piper US LLP
555 Mission St., Ste. 2400
San Francisco, CA  94105

| | | | |
|---|---|---|---|
| Job No. | : 204689 | BU ID | : SF |
| Case No. | : C-13-02835 DMR | | |
| Case Name | : Andrew Pashman v Aetna Insurance Company of Connecticut, et al. | | |
| Invoice No. | : 517620 | Invoice Date | : 5/21/2014 |
| **Total Due** | **: $593.45** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **Henjum Goucher Reporting Services LP**
            **2501 Oak Lawn Avenue**
            **Suite #600**
            **Dallas, TX  75219**

# INVOICE



**Deposition and Litigation Services**
www.hglitigation.com   1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 516340 | 5/14/2014 | 203502 |
| **Job Date** | **Case No.** | |
| 4/30/2014 | C-13-02835 DMR | |
| **Case Name** | | |
| Andrew Pashman v Aetna Insurance Company of Connecticut, et al. | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT | | |

Margaret Keane
DLA Piper US LLP
555 Mission St.,Ste. 2400
San Francisco, CA  94105

EMAILED TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Greg Miller | | | | | |
| | 154.00 Pages | @ | | 2.50 | 385.00 |
| 5 DAY EXPEDITE | | | | | 58.52 |
| EXPERT/TECHNICAL/VIDEO | 154.00 Pages | @ | | 0.30 | 46.20 |
| PROCESSING & PRODUCTION | | . | | 60.00 | 60.00 |
| EXHIBITS - ELECTRONIC ONLY | 108.00 | @ | | 0.45 | 48.60 |
| EXHIBITS - COLOR | 7.00 | @ | | 2.00 | 14.00 |

TOTAL DUE  >>>                    $612.32

Reference No.    :  69573

If you have any questions on this invoice, please email billing@hglitigation.com.

You agree to pay all undisputed invoices within 30 days.  We reserve the right to assess a 1.5% per month finance charge for invoices that
remain unpaid after 30 days.  You also agree to reimburse us for all fees including collection fees, attorney's fees, costs and expenses
incurred in the collection of any overdue and unpaid invoices.

Thank you for choosing HG Litigation.  We appreciate your business!!

Tax ID: 75-2912774                                          Phone: 415 836 2500   Fax:415 836-2501

*Please detach bottom portion and return with payment.*

Margaret Keane
DLA Piper US LLP
555 Mission St.,Ste. 2400
San Francisco, CA  94105

| | | | |
|---|---|---|---|
| Job No. | : 203502 | BU ID | : SF |
| Case No. | : C-13-02835 DMR | | |
| Case Name | : Andrew Pashman v Aetna Insurance Company of Connecticut, et al. | | |
| Invoice No. | : 516340 | Invoice Date | : 5/14/2014 |
| **Total Due** | **: $612.32** | | |

**PAYMENT WITH CREDIT CARD**          AMEX  MASTERCARD  VISA

Cardholder's Name:

Card Number:

Exp. Date:                        Phone#:

Billing Address:

Zip:                  Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **Henjum Goucher Reporting Services LP**
                **2501 Oak Lawn Avenue**
                **Suite #600**
                **Dallas, TX  75219**

# INVOICE



**Deposition and Litigation Services**
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 523477 | 7/14/2014 | 207642 |
| **Job Date** | **Case No.** | |
| 6/19/2014 | C-13-02835 DMR | |
| **Case Name** | | |
| Andrew Pashman v Aetna Insurance Company of Connecticut, et al. | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT | | |

Margaret Keane
DLA Piper US LLP
555 Mission St.,Ste. 2400
San Francisco, CA  94105

---

EMAILED TRANSCRIPT OF:

Greg Miller - Volume 2                                                       473.45

**TOTAL DUE >>>**                                    **$473.45**

If you have any questions on this invoice, please email billing@hglitigation.com.

You agree to pay all undisputed invoices within 30 days.  We reserve the right to assess a 1.5% per month finance charge for invoices that remain unpaid after 30 days.  You also agree to reimburse us for all fees including collection fees, attorney's fees, costs and expenses incurred in the collection of any overdue and unpaid invoices.

Thank you for choosing HG Litigation.  We appreciate your business!!

**Tax ID: 75-2912774**                                            Phone: 415 836 2500    Fax:415 836-2501

*Please detach bottom portion and return with payment.*

Margaret Keane
DLA Piper US LLP
555 Mission St.,Ste. 2400
San Francisco, CA  94105

| | | |
|---|---|---|
| Job No. | : 207642 | BU ID | : SF |
| Case No. | : C-13-02835 DMR | | |
| Case Name | : Andrew Pashman v Aetna Insurance Company of Connecticut, et al. | | |
| Invoice No. | : 523477 | Invoice Date | : 7/14/2014 |
| **Total Due** | **: $473.45** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: . _____

Cardholder's Signature: _____

Remit To:    **Henjum Goucher Reporting Services LP**
             **2501 Oak Lawn Avenue**
             **Suite #600**
             **Dallas, TX  75219**

# I N V O I C E



**Deposition and Litigation Services**
www.hglitigation.com   1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 520409 | 6/11/2014 | 206309 |
| Job Date | Case No. | |
| 5/23/2014 | C-13-02835 DMR | |

| Case Name |
|---|
| Andrew Pashman v Aetna Insurance Company of Connecticut, et al. |

| Payment Terms |
|---|
| DUE UPON RECEIPT |

Christopher Foster
DLA Piper US LLP
555 Mission St.,Ste. 2400
San Francisco, CA  94105

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

   Deborah Morton                                   333.70

                                 TOTAL DUE >>>       **$333.70**

If you have any questions on this invoice, please email billing@hglitigation.com.

You agree to pay all undisputed invoices within 30 days.  We reserve the right to assess a 1.5% per month finance charge for invoices that remain unpaid after 30 days.  You also agree to reimburse us for all fees including collection fees, attorney's fees, costs and expenses incurred in the collection of any overdue and unpaid invoices.

Thank you for choosing HG Litigation.  We appreciate your business!!

---

Tax ID: 75-2912774                                             Phone: 415 836 2500    Fax:415 836-2501

*Please detach bottom portion and return with payment.*

Christopher Foster
DLA Piper US LLP
555 Mission St.,Ste. 2400
San Francisco, CA  94105

| | | |
|---|---|---|
| Job No. | : 206309 | BU ID      : SF |
| Case No. | : C-13-02835 DMR | |
| Case Name | : Andrew Pashman v Aetna Insurance Company of Connecticut, et al. | |
| Invoice No. | : 520409 | Invoice Date   : 6/11/2014 |
| **Total Due** | : **$333.70** | |

**PAYMENT WITH CREDIT CARD**       AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:             Phone#:

Billing Address:

Zip:           Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:    **Henjum Goucher Reporting Services LP**
               **2501 Oak Lawn Avenue**
               **Suite #600**
               **Dallas, TX  75219**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/12/2014
INVOICE # 042314-420857
CLIENT MATTER # 387955.000001

Bill To:     Christopher M. Foster Esq.
             DLA Piper LLP
             555 Mission Street
             Suite 2400
             San Francisco, CA 94105-2933

CASE:        Andrew Pashman v. Aetna Insurance Company of Conneticut
WITNESS:     Andrew Pashman
DATE:        4/23/2014
LOCATION:    San Francisco, CA

Billing Comments / Instructions:        Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 269 | $4.75 | $1,277.75 |
| Interactive Real-time | 269 | $1.50 | $403.50 |
| Rough ASCII | 269 | $1.50 | $403.50 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 204 | $0.35 | $71.40 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 68 | $1.50 | $102.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 269 | -$0.25 | -$67.25 |

| | | | |
|---|---|---|---|
| | | SUBTOTAL | $2,330.90 |
| | | SHIPPING & HANDLING | $85.00 |
| | | TOTAL | $2,415.90 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/12/2014
INVOICE # 042314-420858
CLIENT MATTER # 387955.000001

Bill To:     Christopher M. Foster Esq.
             DLA Piper LLP
             555 Mission Street
             Suite 2400
             San Francisco, CA 94105-2933

CASE:        Andrew Pashman v. Aetna Insurance Company of Conneticut
WITNESS:     Andrew Pashman
DATE:        4/23/2014
LOCATION:    San Francisco, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 7.5 | $95.00 | $712.50 |
| Videosynch / Tape | 4 | $95.00 | $380.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,417.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,457.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/18/2014
INVOICE # 062014-424141
CLIENT MATTER # 387955.000001

Bill To:     Margaret A. Keane Esq.
             DLA Piper LLP
             555 Mission Street
             Suite 2400
             San Francisco, CA 94105-2933

CASE:        Andrew Pashman v. Aetna Insurance Company of Conneticut
WITNESS:     Andrew Pashman - start w/ pg 270
DATE:        6/20/2014
LOCATION:    San Francisco, CA

Billing Comments / Instructions:     Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 105 | $4.75 | $498.75 |
| Interactive Real-time | 105 | $1.50 | $157.50 |
| Rough ASCII | 105 | $1.50 | $157.50 |
| Reporter Appearance Fee / Session - Videotaped | 1 | $70.00 | $70.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 63 | $0.35 | $22.05 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 105 | -$0.25 | -$26.25 |

| | SUBTOTAL | $879.55 |
|---|---|---|
| | SHIPPING & HANDLING | $80.00 |
| | TOTAL | $959.55 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**TSG REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/18/2014
INVOICE # 062014-424142
CLIENT MATTER # 387955.000001

Bill To:     Margaret A. Keane Esq.
             DLA Piper LLP
             555 Mission Street
             Suite 2400
             San Francisco, CA 94105-2933

CASE:        Andrew Pashman v. Aetna Insurance Company of Conneticut
WITNESS:     Andrew Pashman - start w/ pg 270
DATE:        6/20/2014
LOCATION:    San Francisco, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 2 | $95.00 | $190.00 |
| Videosynch / Tape | 2 | $95.00 | $190.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $705.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $745.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# INVOICE



**Deposition and Litigation Services**
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 522758 | 6/20/2014 | 205350 |
| **Job Date** | **Case No.** | |
| 5/15/2014 | C-13-02835 DMR | |
| **Case Name** | | |
| Andrew Pashman v Aetna Insurance Company of Connecticut, et al. | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT | | |

Jeffrey Reeves
DLA Piper US LLP
555 Mission St.,Ste. 2400
San Francisco, CA  94105

| EMAILED TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Caroline Wilke | 30.00  Pages | @ | 2.50 | 75.00 |
| EXHIBITS - ELECTRONIC ONLY | 4.00 | @ | 0.45 | 1.80 |
| PROCESSING & PRODUCTION | | | 60.00 | 60.00 |
| | **TOTAL DUE  >>>** | | | **$136.80** |

If you have any questions on this invoice, please email billing@hglitigation.com.

You agree to pay all undisputed invoices within 30 days.  We reserve the right to assess a 1.5% per month finance charge for invoices that remain unpaid after 30 days.  You also agree to reimburse us for all fees including collection fees, attorney's fees, costs and expenses incurred in the collection of any overdue and unpaid invoices.

Thank you for choosing HG Litigation.  We appreciate your business!!

Tax ID: 75-2912774                                                Phone: 415 836 2500    Fax:415 836-2501

*Please detach bottom portion and return with payment.*

Jeffrey Reeves
DLA Piper US LLP
555 Mission St.,Ste. 2400
San Francisco, CA  94105

Job No.        :  205350            BU ID          : SF
Case No.      :  C-13-02835 DMR
Case Name   :  Andrew Pashman v Aetna Insurance Company
                       of Connecticut, et al.

Invoice No.   :  522758            Invoice Date    : 6/20/2014
**Total Due**     :  **$136.80**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:     **Henjum Goucher Reporting Services LP**
                    **2501 Oak Lawn Avenue**
                    **Suite #600**
                    **Dallas, TX  75219**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/23/2014
**INVOICE #** 070814-424323
**CLIENT MATTER #** 387955.000001

**Bill To:** Margaret A. Keane Esq.
DLA Piper LLP
555 Mission Street
Suite 2400
San Francisco, CA 94105-2933

**CASE:** Andrew Pashman v. Aetna Insurance Company of Conneticut
**WITNESS:** Phillip H. Allman III, Ph.D.
**DATE:** 7/8/2014
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**     Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 113 | $4.75 | $536.75 |
| Interactive Real-time | 113 | $1.50 | $169.50 |
| Rough ASCII | 113 | $1.50 | $169.50 |
| Reporter Appearance Fee / Session | 2 | $45.00 | $90.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 47 | $0.35 | $16.45 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (0) | 0 | -$0.25 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $982.20 |
| SHIPPING & HANDLING | $52.50 |
| TOTAL | $1,034.70 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# INVOICE



**Deposition and Litigation Services**
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 526152 | 7/31/2014 | 208962 |
| **Job Date** | **Case No.** | |
| 7/9/2014 | C-13-02835 DMR | |
| **Case Name** | | |
| Andrew Pashman v Aetna Insurance Company of Connecticut, et al. | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT | | |

Margaret Keane
DLA Piper US LLP
555 Mission St.,Ste. 2400
San Francisco, CA  94105

| EMAILED TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Suzanne Stuckwisch | 82.00 Pages | @ | 2.50 | 205.00 |
| EXPERT/TECHNICAL/VIDEO | 82.00 Pages | @ | 0.30 | 24.60 |
| PROCESSING & PRODUCTION | | | 60.00 | 60.00 |
| EXHIBITS - ELECTRONIC ONLY | 120.00 | @ | 0.45 | 54.00 |
| EXHIBITS - COLOR | 4.00 | @ | 2.00 | 8.00 |
| | **TOTAL DUE  >>>** | | | **$351.60** |

If you have any questions on this invoice, please email billing@hglitigation.com.

You agree to pay all undisputed invoices within 30 days.  We reserve the right to assess a 1.5% per month finance charge for invoices that remain unpaid after 30 days.  You also agree to reimburse us for all fees including collection fees, attorney's fees, costs and expenses incurred in the collection of any overdue and unpaid invoices.

Thank you for choosing HG Litigation.  We appreciate your business!!

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **351.60** |

**Tax ID:** 75-2912774

Phone: 415 836 2500    Fax:415 836-2501

*Please detach bottom portion and return with payment.*

Margaret Keane
DLA Piper US LLP
555 Mission St.,Ste. 2400
San Francisco, CA  94105

| Job No. | : 208962 | BU ID | : SF |
|---|---|---|---|
| Case No. | : C-13-02835 DMR | | |
| Case Name | : Andrew Pashman v Aetna Insurance Company of Connecticut, et al. | | |
| Invoice No. | : 526152 | Invoice Date | :7/31/2014 |
| **Total Due** | **: $ 351.60** | | |

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Henjum Goucher Reporting Services LP**
           **2501 Oak Lawn Avenue**
           **Suite #600**
           **Dallas, TX  75219**

EXHIBIT B

# EXHIBIT B

Fees for certification, exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case:

| Date | Vendor | Invoice No. | Description | Amount |
|------|--------|-------------|-------------|--------|
| 4/21/2014 | RICOH | SO-1404-0199 | Reproduction costs regarding April 21, 2014 production in response to Plaintiff's Request for Production of Documents, Set No. Two | $3,827.70 |
| | | | **TOTAL** | $3,827.70 |

WEST\249139153.1

 **RICOH**

**IC Billing Summary Report**

from LDS

**SAF - San Francisco, CA**

Page 1 of 1
05/02/2014

**SO-1404-0199    IMS-FM DLA Piper Northern Calif S.F.**
Ordered By:  CHRIS FOSTER

Order Date:  04/21/2014
DueDate:  04/30/2014  12:00

InterCompany:  Punted by G64 - Manual I/C

Job Description:  PX3
Client Ref 1:  387955-000001
Client Ref 2:
Client Ref 3:
Priced At:  Contract Price for DLA PIPER LLP (US) San Francisco only

Commission:  NAT        Dinner, Alec

Vended Work:
Comments:

**Final Checked Work:**

| P-Code | Product Family Traditional LDS | Quantity | Std. Price | Unit Price | Amount |
|---|---|---|---|---|---|
| 728 | Prints w/ Assembly | 3,885.00 | 0.0700 | 0.0700 | $271.95 |
| 589 | Color 8.5x11 (Letter) Copies | 2,058.00 | 0.2500 | 0.2500 | $514.50 |
| 590 | Color 8.5x14 (Legal) Copies | 2,433.00 | 1.2500 | 1.2500 | $3,041.25 |
| | | | | Product Family Total: | $3,827.70 |
| | | | | **Grand Total:** | $3,827.70 |

Signature: _____        Date: _____

APPROVE        REJECT        (Circle one)

Reason: _____