DAVID S. DURHAM (State Bar No. 76296)
MARGARET A. KEANE (State Bar No. 255378)
CHRISTOPHER M. FOSTER (State Bar No. 278932)
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:  415.836.2500
Fax:  415.836.2501

Attorneys for AETNA INSURANCE COMPANY OF CONNECTICUT and MEDICITY, INC.

MARK C. PETERS [SBN 160611]
DUCKWORTH PETERS
LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, California 94104
Tel: (415) 433-0333
Fax: (415) 449-6556

Attorneys for Plaintiff
ANDREW PASHMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PASHMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>AETNA INSURANCE COMPANY OF CONNECTICUT, a Connecticut company, MEDICITY, INC., and Does 1 through 10,<br><br>    Defendants. | CASE NO. CV-13-02835 DMR<br><br>**JOINT STIPULATION TO DEFENDANTS' SECOND AMENDED BILL OF COSTS**<br><br>*Hon. Donna M. Ryu* |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Andrew Pashman and Defendants Aetna Insurance Company of Connecticut and Medicity, Inc. (all together, "Parties"), through their undersigned counsel, as follows:

WHEREAS, on July 18, 2014, the Court entered an Order granting Defendants' Motion for Summary Judgment and entered Judgment in this matter. *See* ECF Doc. Nos. 36, 37;

WHEREAS, on August 1, 2014, Defendants filed a Bill of Costs and Amended Bill of Costs per 28 U.S.C. § 1920 and Local Rule 54. *See* ECF Doc. No. 39-1;

WHEREAS, on August 14 and 15, 2014, counsel for Plaintiff and counsel for Defendants met and conferred in good faith regarding Defendants' Amended Bill of Costs per Local Rule 54;

//

//

1  WHEREAS, on August 15, 2014, the Parties agreed to stipulate to Defendants' Second Amended Bill of Costs (filed concurrently) in the total amount of $10,042.55, which includes:

   (a) $8,117.55 in costs for fees for printed or electronically record transcripts necessarily obtained for use in the case, and

   (b) $1,925.00 in costs for fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;

WHEREAS, the Parties jointly stipulate that all said costs were reasonably and necessarily incurred by Defendants in this matter and taxable per 28 U.S.C. § 1920 and Local Rule 54-3;

NOW, THEREFORE, IT IS HEREBY JOINTLY STIPULATED AND AGREED that the total costs claimed in Defendants' Second Amended Bill of Costs amounting to $10,042.55 should be taxed and included in the Court's judgment.

Dated: August 15, 2014        **DLA PIPER LLP (US)**

By */s/ Christopher M. Foster*
DAVID S. DURHAM
MARGARET A. KEANE
CHRISTOPHER M. FOSTER

Attorneys for Defendants Aetna Insurance Company of Connecticut and Medicity, Inc

Dated: August 15, 2014        **DUCKWORTH PETERS LEBOWITZ OLIVIER LLP**

By */s/ Mark C. Peters*
MARK C. PETERS

Attorneys for Plaintiff
ANDREW PASHMAN

**DECLARATION UNDER CIVIL LOCAL RULE 5.1**

In compliance with Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories indicated by a "conformed" signature (/s/) within this E-Filed document.

Dated:  August 15, 2014         */s/ Christopher M. Foster*_____

                                Christopher Foster

WEST\249357213.2

---

-3-
JOINT STIPULATION REGARDING SECOND AMENDED BILL OF COSTS
CASE NO. CV-13-02835 DMR